Case 1:21-mj-00004-GMH   Document 1-1   Filed

Case: 1:21-mj-00004
Assigned to: Judge G. Michael Harvey
Assigned Date: 1/1/2021
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On Thursday, December 31, 2020, at approximately 7:50 p.m., members of the Metropolitan Police Department's (MPD) Third District Crime Suppression Team in the Columbia Heights area. Sergeant Merzig observed an individual, later identified as Jamal Payne (hereinafter the "defendant") in the 2600 block of University Place, Northwest, Washington, D.C. that matched a Be On the Lookout (BOLO) video for the offense of Unlawful Discharge of a Firearm which occurred in the 2600 block of 14th Street, Northwest, Washington, D.C. on December 21, 2020, under MPD Criminal Complaint Number 20-180-668.

On Monday, December, 21, 2020 at approximately 6:20 p.m., the Command Information Center (CIC) Shotspotter came over the Third District radio and voiced that thirteen (13) rounds of gunshots were detected near 1350 Fairmont Street Northwest, Washington, D.C. Officers responded to that location and located nine (9) shell casings in the 2600 block of 14th Street Northwest (specifically, in the southbound bus travel lane). Crime Scene Officer Major processed the scene and collected the shell casings for evidence.

The offense was captured on an MPD Crime camera, and a BOLO video was disseminated to members of the Metropolitan Police Department. In the BOLO video, a black male wearing a black winter coat with brown fur, a black skull cap, dark pants, and white shoes operated a black in color motorized wheel chair with large metallic wheels and a small headrest. The individual is captured on the footage discharging a firearm in the middle of the intersection of 14th and Fairmont Streets, Northwest.

On December 31, 2020, the defendant was in the 2600 block of University Place, Northwest – two blocks away from the 2600 block of University Place, Northwest, where the original offense occurred. At the time officers stopped the defendant on December 31, 2020, he was operating a black motorized wheelchair with large metallic wheels and a small headrest. The defendant was also wearing a black winter coat with a brown fur hood and a black skull cap that matched the suspect's description in the BOLO video.

After the defendant was stopped, he immediately began trembling, his eyes started to water, and he began repeating himself. Officers observed a visible bulge on the left front side of the defendant's pants. Officer Shay observed an additional bulge that resembled the outline of a barrel of a firearm along the defendant's inner left thigh. Officer Yarney then conducted a protective pat down and felt a metallic object, which he immediately recognized to be a firearm based on his knowledge and experience. A search was conducted and a firearm was recovered from inside the defendant's front waistband of his jeans, where officers initially saw the bulge.

The firearm that was recovered was determined to be a black in color Taurus PT111, Millenium G2, 9mm semi-automatic pistol with serial number TK090131. When it was recovered, it was loaded with one (1) round of ammunition in the chamber and three (3) in rounds in the magazine. A Washington Area Law Enforcement System (WALES) and National Crime Information Center (NCIC) check on the firearm revealed that the firearm was reported stolen out of Henrico County, Virginia on June 16, 2020. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in interstate commerce.

A criminal history check of the defendant through NCIC confirmed that the defendant has a prior felony conviction for Robbery in the Superior Court for the District of Columbia, case number

2015-CF3-009155. The defendant was sentenced to thirty (30) months of incarceration for this offense, followed by three years of supervised release. The defendant is still on supervision for this conviction. Therefore, the defendant was aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

OFFICER CAROLINE MILLER
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 1st day of January, 2021.*

G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE